| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>GUIN, J. FOY, JR. | 2. Court or Organization<br><br>U.S.DISTRICT COURT, N.D. ALA. | 3. Date of Report<br><br>05/04/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>1729 FIFTH AVENUE NORTH<br>SUITE 918<br>BIRMINGHAM, ALABAMA 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Guin, J. Foy, Jr.

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1/3 interest in lot located in Haleyville, Ala. | B | Rent | J | W | | | | | |
| 2. Regions Bank (checking) | F | Interest | J | T | | | | | |
| 3. Regions Bank (checking) | A | Interest | J | T | | | | | |
| 4. ExxonMobil Corp com | E | Dividend | P1 | T | | | | | |
| 5. AT&T | B | Dividend | L | T | | | | | |
| 6. FMI Funds | A | Dividend | J | T | | | | | |
| 7. IRA ACCT. A | A | Div & int | K | T | | | | | |
| 8. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 9. -Teco Energy Inc com. | | | | | | | | | |
| 10. -Regions Financial Corp com | | | | | | | | | |
| 11. -Citadel Broadcasting | | | | | Sold | 11/05/10 | J | A | |
| 12. -Family Dollar Stores | | | | | Sold | 07/28/10 | J | A | |
| 13. -Walgreen Cod | | | | | Buy | 03/16/10 | J | | |
| 14. -Darden Restaurants, Inc | | | | | Buy | 10/15/10 | J | | |
| 15. -Molex, Inc | | | | | Buy | 11/29/10 | J | | |
| 16. IRA ACCT. B | C | Div & Int | M | T | | | | | |
| 17. -Applied Materials, Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pershing Govt Fund (Money market fund) | | | | | | | | | |
| 19. -Clorox Co | | | | | Sold | 09/09/10 | J | A | |
| 20. -Diebold, Inc. | | | | | Sold | 04/13/10 | J | A | |
| 21. -Lowes Cos, Inc com | | | | | | | | | |
| 22. -IBM | | | | | | | | | |
| 23. -Allied Cap Corp | | | | | Merged (with line 24) | 03/31/10 | J | | |
| 24. -Ares Cap Corp | | | | | | | | | |
| 25. -Dover Corp | | | | | Sold | 04/28/10 | J | A | |
| 26. -Masco Corp | | | | | | | | | |
| 27. -AT&T, Inc. | | | | | Sold | 10/26/10 | J | A | |
| 28. -Genuine Parts Co | | | | | | | | | |
| 29. -Intel Corp | | | | | | | | | |
| 30. -Intel Corp | | | | | Buy (add'l) | 04/29/10 | J | | |
| 31. -Paychex, Inc | | | | | | | | | |
| 32. -Pepsico, Inc | | | | | | | | | |
| 33. -Pepsico, Inc | | | | | Buy (add'l) | 10/28/10 | J | | |
| 34. -Sonoco Peoducts Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Qualcomm, Inc | | | | | Buy | 02/02/10 | J | | |
| 36. -Abbott Labs | | | | | Buy | 04/14/10 | J | | |
| 37. -Coca Cola Co | | | | | Buy | 04/28/10 | J | | |
| 38. -Coca Cola Co | | | | | Sold | 12/29/10 | J | A | |
| 39. -Raytheon Co | | | | | Buy | 06/14/10 | J | | |
| 40. -Medtronic, Inc | | | | | Buy | 07/23/10 | J | | |
| 41. -V F Corp | | | | | Buy | 09/03/10 | J | | |
| 42. IRA ACCT. C | A | Div & Int | K | T | | | | | |
| 43. -Pershing Govt Acct (Money market fund) | | | | | | | | | |
| 44. -IBM | | | | | Sold (part) | 12/27/10 | J | A | |
| 45. -AT&T, Inc | | | | | Sold | 10/26/10 | J | A | |
| 46. -Family Dollar Stores | | | | | Buy | 01/25/10 | J | | |
| 47. -Family Dollar Stores | | | | | Sold | 07/28/10 | J | A | |
| 48. -V F Corp | | | | | Buy | 09/03/10 | J | | |
| 49. -Pepsico, Inc | | | | | Buy | 10/28/10 | J | | |
| 50. -Lowes Cos, Inc | | | | | Buy | 11/01/10 | J | | |
| 51. BROKERAGE ACCOUNT #1 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 E =$15.001 - $50.000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Barrick Gold com | A | Dividend | K | T | | | | | |
| 53. -Abbott Laboratories com. | A | Dividend | J | T | | | | | |
| 54. -Hewlett-Packard, Inc com | A | Dividend | J | T | | | | | |
| 55. -Southwest Airlines com. | A | Dividend | | | Sold | 06/11/10 | J | C | |
| 56. -Pepsico Inc com | A | Dividend | K | T | | | | | |
| 57. -Regions Financial Corp | A | Dividend | J | T | | | | | |
| 58. -PPG Industries com | A | Dividend | K | T | | | | | |
| 59. -Federated Govt Reserves | A | Dividend | J | T | | | | | |
| 60. -Home Depot Inc com | A | Dividend | J | T | | | | | |
| 61. -General Electric Co com | A | Dividend | K | T | | | | | |
| 62. -Automatic Data Processing, Inc com | A | Dividend | J | T | | | | | |
| 63. -Pfizer, Inc com | A | Dividend | J | T | | | | | |
| 64. -Kimberly Clark Corp com | A | Dividend | J | T | | | | | |
| 65. -Johnson & Johnson com | A | Dividend | J | T | | | | | |
| 66. -Allstate Corp com | A | Dividend | J | T | | | | | |
| 67. -Chevron Corp com | A | Dividend | J | T | | | | | |
| 68. -Chevron Corp com | A | Dividend | J | T | Buy (add'l) | 06/10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -3M Company com | A | Dividend | K | T | | | | | |
| 70. -Colgate-Palmolive Co com | A | Dividend | K | T | | | | | |
| 71. -Walgreen Co com | A | Dividend | J | T | | | | | |
| 72. -Walgreen Co com | A | Dividend | J | T | Buy (add'l) | 05/03/10 | J | | |
| 73. -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 74. -Intel Corp | A | Dividend | J | T | | | | | |
| 75. -Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 76. -V F Corp | A | Dividend | K | T | | | | | |
| 77. -Nokia Corp Sponsored ADR | A | Dividend | | | Sold | 01/07/10 | J | A | |
| 78. -Emerson Electric Co | A | Dividend | K | T | | | | | |
| 79. -Sysco Corp | A | Dividend | | | Sold | 06/17/10 | J | A | |
| 80. -Air Products & Chems, Inc | A | Dividend | J | T | | | | | . |
| 81. -Texas Instruments, Inc | A | Dividend | J | T | | | | | |
| 82. -Diebold, Inc | A | Dividend | J | T | | | | | |
| 83. -McDonalds Corp | A | Dividend | K | T | | | | | |
| 84. -Waste Management, Inc | A | Dividend | J | T | | | | | |
| 85. -Becton Dickinson & Co | A | Dividend | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Baxter International, Inc | A | Dividend | J | T | Buy | 04/27/10 | J | | |
| 87. -Nucor Corp | A | Dividend | J | T | Buy | 08/09/10 | J | | |
| 88. -ITT Corp | | None | K | T | Buy | 09/27/10 | J | | |
| 89. BROKERAGE ACCOUNT #2 (transferred to #1 on 8/13) | | | | | | | | | |
| 90. -Regions Financial Corp | A | Dividend | J | T | | | | | |
| 91. -Protective Life Corp com | A | Dividend | | | Sold | 08/25/10 | J | A | |
| 92. -General Electric Co com | A | Dividend | J | T | | | | | |
| 93. -Intel Corp | A | Dividend | J | T | | | | | |
| 94. -Abitibibowater, Inc | | None | J | T | | | | | |
| 95. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 96. -Federal Government Reserves | A | Dividend | J | T | | | | | |
| 97. -Disney Walt Co Holding Co | A | Dividend | J | T | | | | | |
| 98. -Citadel Broadcasting Corp | | None | | | Sold | 11/05/10 | J | A | |
| 99. -Kimberly Clark Corp | A | Dividend | J | T | Buy | 03/03/10 | J | | |
| 100. -Intel Corp | A | Dividend | J | T | Buy | 03/05/10 | J | | |
| 101. Scudder Var. Life Invest. Fund (Charter Nat'l - money market | | None | L | T | | | | | |
| 102. BROKERAGE ACCOUNT #4 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -AT&T, Inc | A | Dividend | J | T | | | | | |
| 104. -Abbott Labs | A | Dividend | J | T | | | | | |
| 105. -Automataic Data Processing, Inc | A | Dividend | J | T | | | | | |
| 106. -Caterpillar, Inc | A | Dividend | J | T | | | | | |
| 107. -Chevron Corp | A | Dividend | J | T | | | | | |
| 108. -Chevron Corp | A | Dividend | J | T | Buy (add'l) | 06/29/10 | J | | |
| 109. -Coca Cola Company | A | Dividend | J | T | | | | | |
| 110. -Consolidated Edison, Inc | A | Dividend | J | T | | | | | |
| 111. -Darden Restaurants, Inc | A | Dividend | | | Sold | 04/01/10 | J | A | |
| 112. -Dominion Res, Inc | A | Dividend | J | T | | | | | |
| 113. -Du Pont E I De Nemours & Co | A | Dividend | J | T | | | | | |
| 114. -Emerson Electric Co | A | Dividend | J | T | | | | | |
| 115. -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 116. -Genuine Parts Co | A | Dividend | J | T | | | | | |
| 117. -Heinz H J Co | A | Dividend | J | T | | | | | |
| 118. -Lilly Eli & Co | A | Dividend | J | T | | | | | |
| 119. -Lowes Cos, Inc | | None | J | T | Buy | 11/12/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Occidental Petroleum Corp | A | Dividend | J | T | | | | | |
| 121. -Paychex, Inc | A | Dividend | J | T | | | | | |
| 122. -Progressive Energy, Inc | A | Dividend | J | T | | | | | |
| 123. -Progressive Energy, Inc | A | Dividend | J | T | Buy (add'l) | 04/01/10 | J | | |
| 124. -Regions Finl Corp | A | Dividend | J | T | | | | | |
| 125. -Southern Co | A | Dividend | J | T | | | | | |
| 126. -Federated Govt Reserves (Money Market Fund) | A | Dividend | J | T | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GUIN, J. FOY, JR. | 05/04/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS:

BROKERAGE ACCOUNT #2:  All of the securites in BROKERAGE ACCOUNT #2 were transferred to BROKERAGE ACCOUNT #1 on August 13, 2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ J. FOY, JR. GUIN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544